# EXHIBIT A

**Defendant:** New HoldCo
**Creditor ID:** NH010
**Bankruptcy Case:** *In re Franchise Group, Inc., et al., Case No. 24-12480 (LSS) (Bankr. D. Del.)*
**Preference Period:** August 5, 2024 - November 3, 2024

| Debtor | Customer Check/Pmt# | Amount of Invoice Paid | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| New HoldCo | | $39,022.00 | 9/18/2024 | 08242024 3902200 | 8/24/2024 | $39,022.00 |
| **Total Transfers** | **1** | **$39,022.00** | | | | **$39,022.00** |